UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-cr-00242-01 |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| MAX RAY BUTLER | * | MAGISTRATE JUDGE KAY |

### ORDER

Considering the MOTION TO CERTIFY CASE AS COMPLEX PURSUANT TO 18 U.S.C. § 3161(H)(7)(A), TO EXTEND DISCOVERY/MOTIONS DEADLINES, AND TO SET TRIAL BEYOND THE NORMAL PERIODS SET FORTH IN THE SPEEDY TRIAL ACT filed by defendant, MAY RAY BUTLER, the Court GRANTS the motion for the reasons outlined in the Government's motion and as set forth below:

IT IS ORDERED that the case alleged by the Indictment is certified as complex pursuant to the provisions of the Speedy Trial Act.

IT IS FURTHER ORDERED that the trial date in this case will be set beyond the 70-day period required by the Speedy Trial Act based on the complexity of the matter, and because the ends of justice are bet served in doing so as contemplated by 18 U.S.C. §3161(h)(7)(A) and (B)(ii).

IT IS FURTHER ORDERED that the normal scheduling deadlines are hereby suspended and extended, and that the period for discovery is continued until seventy (70) days after the arrest and arraignment of the last defendant.

IT IS FURTHER ORDERED that all motions deadlines will be set and begin to run after parties are afforded a reasonable amount of time to review the voluminous discovery and all further delays, including the setting of this matter for trial, are excluded under the Speedy Trial Act.

Neither this Court nor the parties under the circumstances outlined in defendant's motion can be expected to prepare effectively for the pretrial and trial proceedings in the time periods as stated in 18 U.S.C. § 3161.

DONE AND SIGNED this 19th day of February, 2019 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE