RECEIVED

JUN 19 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-CR-00242-01 |
| | * | |
| VERSUS | * | JUDGE ZAINEY |
| | * | |
| MAX RAY BUTLER (01) | * | MAGISTRATE JUDGE KAY |

### STIPULATED FACTUAL BASIS FOR GUILTY PLEA

NOW INTO COURT, comes the United States Attorney for the Western District of Louisiana, through the undersigned Assistant United States Attorney, T. Forrest Phillips, and the defendant, MAX RAY BUTLER, represented by his undersigned counsel, Michael N. Antoon, and for the purpose of providing the Court with a factual basis for a plea agreement pursuant to Rule 11(b)(3) of the Federal Rules of Criminal Procedure, stipulate that at all relevant times:

At all times relevant to this case, the defendant, Max Ray Butler, was an inmate at Oakdale Federal Correctional Center, in Oakdale, Louisiana. Beginning in or about December 2015, and continuing until on or about April 24, 2016, Butler knowingly used a contraband cellular phone to obtain stolen debit card numbers, and wired funds from the compromised bank accounts to other individuals. Specifically, using the contraband cellular phone, Butler accessed the internet via a tor browser and obtained stolen debit card numbers. Butler then, with the intent to defraud and in coordination with the recipients of the funds, used the Western Union online portal

to wire funds to other inmates, including his codefendants. Butler allowed these inmates to keep a small portion of the funds, and instructed them to send the remainder of the money to other individuals, including a Bitcoin broker in Indiana. Butler then converted a portion of the stolen funds into Bitcoin. Coconspirators later used a portion of these stolen funds to purchase a consumer-model drone. This drone was used to enact a contraband importation scheme at Oakdale Correctional Center.

Each Western Union wiring resulted in an interstate electronic communication. The parties stipulate that 58 unique debit card numbers were used to carry out the fraud, resulting in an actual loss of $27,408.

## ACKNOWLEDGMENTS

I have read this Stipulated Factual Basis and have carefully reviewed every part of it with my counsel.   I fully understand it, and I voluntarily admit to the facts contained therein.

6 / 19 / 2019
Date

MAX RAY BUTLER
Defendant

I am the defendant's counsel.   I have carefully reviewed every part of this Stipulated Factual Basis with the defendant.   To my knowledge, my client's decision to admit to the facts of this Stipulated Factual Basis is an informed and voluntary one.

_____ 6/19/19 _____
Date

_____
MICHAEL N. ANTOON
VAMVORAS, SCHWARTZBERG & ANTOON
1111 Ryan Street
Lake Charles, LA 70601
(337) 433-1621
Counsel for Defendant


For the United States of America:

DAVID C. JOSEPH
United States Attorney

_____ 6/19/19 _____
Date

_____
T. FORREST PHILLIPS, AL Bar No. 3736E29R
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618