UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 18-CR-00242-01 |
| VERSUS | : | JUDGE ZAINEY |
| MAX RAY BUTLER | : | MAGISTRATE JUDGE KAY |
| FILED: _____ | : | _____ |
| | | Clerk of Court |

..................................................................................................................................................

**MOTION TO WITHDRAW**

NOW INTO COURT, comes undersigned counsel, MICHAEL N. ANTOON, who respectfully submits that the matter for which he was retained has been concluded as it relates to MAX RAY BUTLER.  MAX RAY BUTLER was sentenced on September 9, 2019.

AND NOW, WHEREFORE, MICHAEL N. ANTOON moves that he be relieved as counsel of record in this matter.

RESPECTFULLY SUBMITTED,

S/ MICHAEL N. ANTOON (LA #33503)
Attorney for MAX RAY BUTLER
1111 Ryan Street
Lake Charles, LA 70601
Ph: (337) 433-1621
Fax: (337) 433-1622
michael@valawyersla.com